**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2228-REB-CBS

AMY COSPER,

    Plaintiff,

v.

PRIMEDIA BUSINESS MAGAZINES & MEDIA, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On October 28, 2005, the parties filed a **Stipulated Motion To Dismiss With Prejudice** [#35]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#35], filed on October 28, 2005, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE**; the parties shall pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 26, 2006, is **VACATED**; and

4. That the jury trial set to commence June 12, 2006, is **VACATED**.

Dated October 31, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge